UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Millennium Funding, Inc., et al., ) | **Case No.: 1:18-cv-185-JMS-KSC** |
| ) | **(Copyright)** |
| Plaintiffs,  ) | |
| vs.            ) | **PARTIES' JOINT STIPULATION** |
| ) | **TO LIFT STAY AND FOR** |
| Taylor Wolf et al. ) | **DISMISSAL WITH PREJUDICE** |
| ) | **PURSUANT TO FED. R. CIV. P. 41** |
| Defendants. ) | **AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Millennium Funding, Inc. and Headhunter, LLC and Defendants Taylor Wolf, AKA WIRELESS, INC., and ABC PHONES OF NORTH CAROLINA, INC. through their respective attorneys, that the Court Ordered Stay [Doc. #38] be lifted and that pursuant to Rules 41(a)(1)(ii) and 41(a) (2) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by Plaintiffs against Defendants and by Defendants against Plaintiffs be and are hereby dismissed with prejudice, each party to bear any remaining costs and attorneys' fees other than the amounts already paid pursuant to a Settlement and Release Agreement ("Settlement Agreement") executed between the parties.

18-185

This Stipulation has been executed by Plaintiffs' counsel and Defendants' counsel.

DATED: Kailua-Kona, Hawaii, September 13, 2018.

>CULPEPPER IP, LLLC
>
> /s/ Kerry S. Culpepper
> Kerry S. Culpepper
> Attorney for Plaintiffs

DATED: Hillsboro, Oregon, September 13, 2018.

>J. CURTIS EDMONDSON
>
> /s/ *J. Curtis Edmondson*
> Edmondson IP Law
> *Pro Hac Vice*
> Attorney for Defendants

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, September 13, 2018.



> /s/ J. Michael Seabright
> J. Michael Seabright
> Chief United States District Judge

_____
Millennium Funding, Inc, et al. v. Taylor Wolf et al.,
Case No.: 1:18-cv-00185-JMS-KSC, STIPULATION; AND ORDER